JAMES NEWMAN v. NEW JERSEY STATE PAROLE BOARD.

May 10, 1988.

Petition for certification denied.

CLIFFORD SOMMER AND KAREN SOMMER v. ALAN K. SOMMER AND DEBORAH A. SOMMER.

May 10, 1988.

Petition for certification denied.